Dana L. Sullivan
Oregon Bar No. 944834
**BUCHANAN ANGELI
ALTSCHUL & SULLIVAN LLP**
921 SW Washington Street, Suite 516
Portland, Oregon 97205
Tel: (503) 974-5023; Fax: (971) 230-0337
dana@baaslaw.com
*Local Counsel for Plaintiff*

Carolyn Hunt Cottrell (CA SBN 166977)
Robert E. Morelli (Tenn. BPR No. 037004)
**SCHNEIDER WALLACE
COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone:  (415) 421-7100
Facsimile:   (415) 421-7105
Email: ccottrell@schneiderwallace.com
           rmorelli@schneiderwallace.com

 Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# MEDFORD DIVISION

| | |
|---|---|
| TINA ESTRADA<br><br>　　Plaintiff,<br><br>　　vs.<br><br>VOLARE HEALTH, LLC<br><br>　　Defendant. | Case No. 1:24-cv-00256-AA<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)**<br><br>**JURY TRIAL DEMANDED** |

Stipulation to Dismiss with Prejudice
Case No. 1:24-cv-00256-AA
1 | P a g e

SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Phone: (415) 421-7100 • Fax: (415) 421-7105

# STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE
# PURSUANT TO RULE 41(a)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Tina Estrada ("Plaintiff") hereby voluntarily dismisses the above-listed action with prejudice, with no award of costs, attorneys' fees, or disbursements to any party. Counsel for Defendant Volare Health, LLC ("Defendant") stipulates to dismissal by her signature below.

Dated: July 10, 2024

Respectfully Submitted,

*/s/ Robert E. Morelli, III*
**SCHNEIDER WALLACE COTTRELL KONECKY LLP**
Carolyn Hunt Cottrell (SBN 166977)
Robert E. Morelli (Tenn. BPR No. 037004)
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone:  (415) 421-7100
Facsimile:   (415) 421-7105
Email: ccottrell@schneiderwallace.com
           rmorelli@schneiderwallace.com

Dana L. Sullivan
Oregon Bar No. 944834
**BUCHANAN ANGELI ALTSCHUL & SULLIVAN LLP**
921 SW Washington Street, Suite 516
Portland, Oregon 97205
Tel: (503) 974-5023; Fax: (971) 230-0337
dana@baaslaw.com
*Local Counsel for Plaintiff*
*Attorneys for Plaintiff*

And

*/s/ Alexandra M. Shulman*
Leah C. Lively, OSB No. 962414
Email: llively@buchalter.com
Alexandra M. Shulman, OSB No. 152784
Email: ashulman@buchalter.com
Telephone: 503.226.1191
Attorneys for Defendant Volare Health, LL

Stipulation to Dismiss with Prejudice
Case No. 1:24-cv-00256-AA
1 | P a g e

SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Phone: (415) 421-7100 • Fax: (415) 421-7105

## CERTIFICATE OF SERVICE

      I hereby certify that on July 10, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

                                               */s/ Robert E. Morelli, III*
                                               Robert E. Morelli, III

Stipulation to Dismiss with Prejudice
Case No. 1:24-cv-00256-AA
2 | P a g e

**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Phone: (415) 421-7100 • Fax: (415) 421-7105